No. 902. FEAK ET AL. *v.* CITY OF TOLEDO ET AL. Supreme Court of Ohio. Certiorari denied. *Dan H. McCullough* for petitioners. *Charles T. Lawton* and *William D. Driscoll* for respondents.

No. 958. MEADS *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 960. ORTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Philip R. Monahan* and *Carl G. Coben* for the United States.

No. 967. NOIA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Maurice Edelbaum* for petitioner. *Edward S. Silver* and *William I. Siegel* for respondent.

No. 972. CANADAY ET AL. *v.* TENNESSEE. Supreme Court of Tennessee, Middle Division. Certiorari denied. *H. G. B. King* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 991. FORBES ET AL. *v.* CITY OF HOUSTON ET AL. Court of Civil Appeals of Texas, First Supreme Judicial District. Certiorari denied. *W. Ervin James* for petitioners. *Homer T. Bouldin* and *David T. Searls* for the City of Houston et al., respondents.